**Opinion issued April 14, 2020**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-19-00462-CV**

————————————

**RUTH HAYES, Appellant**

**V.**

**STRATA MARQUIS LLC, Appellee**

---

**On Appeal from the County Court at Law No. 1**
**Harris County, Texas**
**Trial Court Case No. 1130451**

---

## MEMORANDUM OPINION

Appellant, Ruth Hayes, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal if appellant did not file a brief within 14 days from our February 20, 2020 notice, appellant failed to

file a brief.  *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief.

We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Kelly and Goodman.